AO 450  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*             DISTRICT OF     NEVADA

MARSHALL BURGESS, JR.

      Plaintiff,  
V.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:12-cv-0633-RCJ-VPC**

NEVADA, STATE OF, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action dismissed without prejudice for failure to pay the filing fee.


  May 17, 2013                                         **LANCE S. WILSON**  
                                                               Clerk

                                                              /s/ Lia Griffin  
                                                                Deputy Clerk