AO 450   Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF___NEVADA_____

MARSHALL BURGESS, JR.

                 Plaintiff,　　　　　**JUDGMENT IN A CIVIL CASE**

    V.

                                      CASE NUMBER: **3:12-cv-0633-RCJ-VPC**

NEVADA, STATE OF, et al.,

                 Defendants.

____　**Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____　**Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**XX**　**Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** this action dismissed without prejudice for failure to pay the filing fee.

   May 17, 2013_____　　　　　　　　　　　**LANCE S. WILSON**_____
                                        Clerk

                            /s/ Lia Griffin_____
                                Deputy Clerk